# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0383.  KEVIN BASCOM v. THE STATE.**

In 2004, Kevin Bascom pleaded guilty to theft by receiving stolen property and received a sentence of two years, with three months to serve.  In 2017, Bascom filed an extraordinary motion for new trial.  By order entered on December 28, 2017, the trial court denied the motion.  On March 15, 2018, Bascom filed this application for discretionary appeal.  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Bascom did not file his application until 77 day after entry of the trial court's order.[1]

---

[1] Bascom did submit a motion for an extension of time to file a discretionary application, but we could not docket the motion because it contained neither a proper certificate of service nor a copy of the trial court's order.  See Court of Appeals Rules 6 (b) (certificate of service must show that copy was served upon opposing counsel); 16 (c) (requests for extension of time to file discretionary applications must comply with Rule 40 (b), Emergency Motions); Rule 40 (b) (2) (emergency motion must contain a stamped "filed" copy of order to be appealed).

Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/16/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*